IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:03-CR-23-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| REGINALD LARUE SPIVEY, ) | |
| ) | |
| Defendant. ) | |

Given the recent reassignment, the court directs counsel for the United States to respond to defendant's amended sentencing memorandum of March 12, 2021. The response is due no later than July 9, 2021. Defendant may reply by July 23, 2021.

SO ORDERED. This _10_ day of June 2021.

JAMES C. DEVER III
United States District Judge