IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:03-CR-23-D

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>REGINALD LARUE SPIVEY, )<br>)<br>Defendant. ) | **ORDER** |

On April 24, 2025, Reginald Larue Spivey ("Spivey" or "defendant") filed a "motion of actual innocent claim" [D.E. 238]. On July 18, 2025, the United States responded in opposition [D.E. 242].

The court is familiar with the record. See, e.g., [D.E. 106, 125, 136, 146, 155, 159, 166, 171, 173, 189, 195, 200, 204, 218, 233]. The court NOTIFIES Spivey of its intent to recharacterize Spivey's latest motion as one brought under 28 U.S.C. § 2255. See Castro v. United States, 540 U.S. 375, 377–78 (2003). The court WARNS Spivey that recharacterizing Spivey's motion as one brought under Section 2255 will subject his motion (and subsequent ones) to the law's second or successive restriction and that Spivey has until November 20, 2025, to withdraw or amend his filing. See id.

SO ORDERED. This 20 day of October, 2025.

JAMES C. DEVER III
United States District Judge